HELEN HAMILTON
750 Angelita Drive
Prescott, Az  86303
(928) 778-2935 * FAX: (928) 445-7536

STEVE GEPPI
1940 Greenspring Drive
Timonium, MD 21093
(410) 560-7100

## PURCHASE AND SALE AGREEMENT
## for THE BRUCE HAMILTON COLLECTION

AGREEMENT in effect as of February    , 2006, between Helen Hamilton (SELLER), owner and executor of the Bruce Hamilton Collection; and Steve Geppi, as CEO of Diamond International Gallery, LLC, a Maryland Limited Liability Company, (BUYERS)

WITNESSETH:

WHEREAS, Helen Hamilton has a substantial collection of valuable items known as the Bruce Hamilton Collection that have been fully listed on several spreadsheets (Attached as Schedule A to this agreement) and made available to Steve Geppi for evaluation, said spreadsheets consisting of vintage comics, books, movie posters, original art, bone china figurines, 6,700 Carl Barks signatures, Gladstone Production Files and/or variously related items, i.e. correspondence files, etc. Also included in this sale are the operation and control of certain websites and domain names, such as Bruce Hamilton.com and Carl Barks.org, as well as other related items, that she wishes to sell.

WHEREAS, Diamond International Galleries, LLC, and Steve Geppi, a private collector and CEO of Diamond International Gallery, LLC, and owner/investor of various other businesses, after having seen the itemized listings of collectibles on the aforementioned several spreadsheets, set forth in Schedule A, has made a substantial offer of purchase of the Bruce Hamilton Collection, of which, Helen Hamilton has accepted,

Now, therefore, it is agreed as follows:

1. The spreadsheets (Schedule A) amount to collectibles listed at nearly thirteen million dollars retail.

2. Seller agrees to sell and Buyers agree to purchase the items as listed in Schedule A and noted above for the total sum of Four Million and Two Hundred Thousand Dollars ($4,200,000.00).

3. TERMS:

Payment by Buyer to Seller for the total sum of Four Million and Two Hundred Thousand Dollars ($4,200,000.00) shall be made in the following fashion:

   (1)   Three Hundred and Sixty Three Thousand Dollars ($363,000.00) is to be paid to Helen Hamilton no later than January 31, 2006.

   (2)   Four hundred and fifty five thousand dollars ($455,000.00) is to be paid directly to Helen Hamilton's advisor and sales broker, Jerry O'Hara by Steve Geppi under a separate agreement to be determined between them.

**EXHIBIT 1**

HELEN HAMILTON
750 Angelita Drive
Prescott, Az  86303
(928) 778-2935 * FAX: (928) 445-7536

STEVE GEPPI
1940 Greenspring Drive
Timonium, MD 21093
(410) 560-7100

(3)  One hundred and fifteen thousand dollars ($115,000.00) is to be paid directly to Helen Hamilton's sales manager, Steve Calrow by Steve Geppi under a separate agreement to be determined between them.

(4)  The balance of Three million, Two hundred and sixty seven thousand dollars ($3,267,000.00) is to be paid in 120 consecutive non-interest bearing equal monthly payments, to begin March 1, 2006, and end by February 1, 2016. Each payment shall be in the amount of $27,225.00 (Twenty seven Thousand and Two Hundred twenty five dollars) made payable to Helen Hamilton, or her legal trustee or heirs (in the event of her untimely death) until the balance is paid off in full.

### WARRANTIES RELIED UPON BY BOTH PARTIES TO THIS AGREEMENT FOR THE PURCHASE AND SALE OF THE BRUCE HAMILTON COLLECTION

4. SELLER informs, advises BUYER and incorporates into this agreement the following warranties and representations of facts and obligation upon which BUYER completely relies upon:

(a) The Bruce Hamilton Collection (BHC) was/is "Properly Held in Common" by Bruce Hamilton (deceased spouse) and Helen Hamilton (surviving spouse), SELLER. And as such, Helen Hamilton has the right of "sole ownership" and the right to sell the BHC to BUYER (Diamond International Gallery, LLC and Steve Geppi), without any encumbrances whatsoever.

(b) SELLER warrants to BUYER that the BHC is unencumbered or liened in any fashion by any Federal or State governmental agency, or private agency as of the date of this agreement.

(c) SELLER warrants to BUYER that the BHC (or any component of it) is not currently listed as a source of collateral on any outstanding loan(s) or as an obligation of any sort.

(d) SELLER warrants to BUYER that there are no third party claims to the BHC by any entity whatsoever, inclusive of heirs, family members, relatives, business partners, employees, etc., and that upon the signing of this agreement BUYER is acquiring the BHC and all items listed on the accompanying bound spreadsheet folder (Schedule A) free and clear with full and complete title. SELLER also represents to BUYER that all due royalties have been paid to the appropriate Disney enterprise on all inventory of Disney products set forth in Schedule A that had been purchased by the Bruce Hamilton Company doing business as Gladstone.

(e) SELLER warrants to BUYER that in the unlikely event of, or future appearance of any such lien, encumbrance, etc., as stated in paras. 4 (a thru d) against the BHC, any and all obligation shall be the sole responsibility of SELLER .    SELLER shall indemnify and hold harmless Diamond International Galleries, LLC and Steve Geppi or their assigns, from any liens or other claims that may now exist and to fully protect

HELEN HAMILTON
750 Angelita Drive
Prescott, Az  86303
(928) 778-2935 * FAX: (928) 445-7536

STEVE GEPPI
1940 Greenspring Drive
Timonium, MD 21093
(410) 560-7100

Diamond International Galleries, LLC and Steve Geppi from any encumbrances that may be existent against the property which is the subject matter of this agreement.

5. BUYER informs and advises SELLER and incorporates into this agreement the following warranties and representations of facts and obligation upon which SELLER completely relies upon:

(a) BUYER currently has the combined corporate, various business interests, and private assets and financial ability to enter into this 120 month payment agreement for the purchase of the BHC for the total sum of Four Million and Two Hundred Thousand Dollars ($4,200,000.00), to be portioned out to SELLER, and her AGENT (under separate agreement), and her MANAGER (under separate agreement) as previously defined in paragraph Two of this agreement.

(b) And as such, grants that all payments and terms to SELLER, are collateralized and waranted by his combined corporate, business ventures and private assets, and that SELLER, (her heirs and/or assignees) may rely upon these combined assets as a guarantee of full and timely payment.

(c) BUYER agrees that if any payment to SELLER becomes late by 30 days for any reason whatsoever, SELLER has the right to demand immediate payment in full of the remaining balance; and that an incurred interest rate of 5% will be added to the unpaid balance, or portion of the unpaid balance until such time as the total unpaid balance by BUYER is paid in full to SELLER.

6. BUYER is not purchasing any stock, stock options or any assets not set forth either in this agreement or in Schedule A of the Bruce Hamilton Company, Gladstone or Another Rainbow.

7. Governing-Law: This agreement shall be governed and construed in accordance with the laws of the State of Arizona, excluding any laws that direct the application of another jurisdiction's laws. If any part of this agreement is judged unlawful or set aside for any reason, by any court of law, all other parts of this agreement shall remain in effect.

8. Attorney Fees Provision. In any litigation, arbitration or other proceeding by which one party either seeks to enforce its rights under this Agreement (whether in contract, tort, or both) or seeks a declaration of any rights or obligations under this Agreement, the prevailing party shall be awarded its reasonable attorney fees, and costs and expenses incurred.

9. There are no other oral or written (i.e. email) agreements between SELLER, and BUYER that are binding as of the date of this signed agreement; and if any, they are forevermore held null and void by both parties.

10. Amendment: No change, modification or amendment of this agreement shall be valid or binding on the parties unless such change or modification shall be in writing signed by the party or parties against whom the same is sought to be enforced.

3

| | |
|---|---|
| HELEN HAMILTON<br>750 Angelita Drive<br>Prescott, Az  86303<br>(928) 778-2935 * FAX: (928) 445-7536 | STEVE GEPPI<br>1940 Greenspring Drive<br>Timonium, MD 21093<br>(410) 560-7100 |

11. **Further Assurances:** SELLER and BUYER hereby covenants and agrees that they shall each faithfully execute the terms of this agreement and bring about its fulfillment and conclusion within the times stated and without any undue delay.

IN WITNESS WHEREOF, the parties hereto execute this Agreement in good faith and under no duress, effective the date and year following their signatures below.

AGREED TO: _Helen Ann Hamilton_ SELLER    Dated: _____ 2006
Helen Hamilton, individually and as
personal representative of the estate of
Bruce Hamilton

AGREED TO: _Steve Geppi_ BUYER    Dated: _2/9_ 2006
Steve Geppi, individually and as
CEO of Diamond International
Galleries, LLC.


NOTARY SEAL
PLACED HERE:

2-17-2006 Deposited in 0012003851 account at National Bank.

2-24-06 Paid off loan on house etc (amt 332,542.47)

| DIAMOND INTERNATIONAL GALLERIES, LLC | | | VENDOR NO. | DATE 02/10/06 | CHECK NO. 30849 |
|---|---|---|---|---|---|
| OUR REF NO. | YOUR INV. NO. | INVOICE DATE | AMOUNT PAID | DISCOUNT | NET CHECK AMOUNT |
| 2/10/06 | DOWNPAYMENT ON 2/06 DEAL | | | | 363000.00 |
| HELEN HAMILTON | | | | | |
| 000001   073020   P1 | | | | | |

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A BLUE-PURPLE BACKGROUND PRINTED ON TRUE WATERMARK PAPER



DIAMOND
1966 Greenspring Drive, Suite 300
Timonium, MD 21093-4117
(410) 560-7100

7-163 / 520   Bank of America
Baltimore, Maryland

DATE 02/10/06   CHECK NO. 30849   AMOUNT $363000.00

PAY Three Hundred Sixty-Three Thousand and NO/100 Dollars

TO THE ORDER OF   HELEN HAMILTON

VOID

⑈030849⑈ ⑆052001633⑆ 2003524279⑈