# ASSIGNMENT
# OF
# PURCHASE AND SALE AGREEMENT
# FOR
# THE BRUCE HAMILTON COLLECTION

The undersigned, HELEN HAMILTON (**Assignor**), for good and valuable consideration, hereby assigns all right, title and interest which the undersigned has under that certain Purchase and Sale Agreement dated February 15, 2006, which Agreement was executed by and between the undersigned, as Seller and STEVE GEPPI, individually and as CEO of Diamond International Galleries, LLC, as Buyer, relating to the sale of certain property known collectively as The Bruce Hamilton Collection, to HELEN HAMILTON, not individually, but as trustee of THE HELEN ANN HAMILTON REVOCABLE TRUST, created under Declaration of Trust dated February 2, 2007 (**Assignee**).

Dated 3-9, 2007.

_Helen Hamilton_
HELEN HAMILTON, Assignor

STATE OF ARIZONA     )
                     ) ss.
County of Maricopa   )

On this the 9th day of MARCH, 2007, before me, the undersigned officer, personally appeared HELEN HAMILTON, known to me to be the person whose name is subscribed to the within instrument and acknowledged that she executed the same for the purpose contained therein.

_Donna L. West_
Notary Public

OFFICIAL SEAL
DONNA L. WEST
NOTARY PUBLIC - State of Arizona
YAVAPAI COUNTY
My Comm. Expires March 4, 2008

P:\__Clients\Hamilton, Helen\DOC\assignment of agreement.doc

**EXHIBIT 2**