

BRAUN•SILER•KRUZEL PC

*Attorneys at Law*

DEBORAH W. MILLER
*Direct      480.367.3372*
*dmiller@bskarizonalaw.com*

**Personal and Confidential**

June 2, 2008

Steve Geppi
1966 Greenspring Drive, Suite 300
Timonium, MD 21093

Re:   **Helen Hamilton**

Dear Steve:

This acknowledges receipt of your wire to Helen, which she received on May 22, 2008, in the amount of $311,247.50. That amount represents payment for the following delinquent payments due to Helen under the Purchase and Sale Agreement for the Bruce Hamilton Collection, dated February, 2006, between Helen Hamilton as Seller, and you, individually and as CEO of Diamond International Gallery, LLC, as Buyer (**the Agreement**):

> Ten (10) monthly Note payments for March 2007 through December 2007 @ $27,225 per month

> Eight (8) monthly rental payments for May 2007 through December 2007 @ $3,400 per month

> Interest @ 5% per annum (($113.4375 per payment per month) for 104 late monthly payments through December 2007

Helen acknowledges that you have brought the payments due to her current through December 2007, that you are presently in arrears for the period from January 1, 2008 through May 1, 2008, and that you will resume monthly payments no later than July 1, 2008.

As of July 1, 2008, the following will be due and payable:

> Seven (7) monthly Note payments for January 2008 through July 2008 @$27,225 = **$190,575**

*14811 North Kierland Blvd.*
*Suite 500*
*Scottsdale, Arizona  85254*

*Tel 480.951.8044*
*Fax 480.922.9629*

*www.bskarizonalaw.com*

**EXHIBIT 3**

      Seven (7) monthly rental payments for January 2008 through July 2008 @$3,400 = **$23,800**

      Interest @ 5% per annum (($113.4375 per payment per month) for 21 late monthly payments from January 2008 through July 2008 = **$2,382**

      **TOTAL DUE AS OF 7/1/2008 = $216,757**

Helen agrees that no later than July 1, 2008, you will make a minimum monthly payment to her of $30,625 (Note plus rent) and that you will continue to make monthly payments to her thereafter of at least the minimum monthly amount of $30,625.

Helen does not agree to waive interest on delinquent payments and does not waive her legal rights to enforce your obligations to her as Seller under the Agreement, including her right to make a demand for payment in full of the entire unpaid balance. Further, Helen does not waive her right under the Agreement to have attorney's fees incurred by her in enforcing her rights under the Agreement paid by you.

In addition, if and when you close on the Bracebridge project or have another liquidity event, Helen expects to have all outstanding delinquencies brought current, including interest and also including payment of her attorney's fees, as discussed above. She would also like to discuss a lump sum pay-off of your obligations under the Agreement at that time.

Your recent payment has helped to reduce Helen's stressful financial situation. She is hopeful that you will resume monthly payments as discussed above and make up late payments as quickly as possible so that she is not forced to initiate legal proceedings. However, Helen is unwilling to suffer the stress of any future delinquencies.

Sincerely,

*/s/*

Deborah W. Miller

DWM:mjg
cc:   Helen Hamilton
P:\\_Clients\Hamilton, Helen\CORR\geppi5.23.08.doc