IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Ann Hamilton Revocable Trust, ) | No. CV-10-8051-PHX-LOA |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Steve Geppi and Melinda Geppi, husband ) and wife; Diamond International Galleries, ) L.L.C., a Maryland Limited Liability ) Company, ) | |
| ) | |
| Defendants. ) | |

       This case arises on the parties' Stipulated Dismissal without Prejudice of Defendant Melinda Geppi and Stipulated Motion to Enter Final Judgment. (Docs. 33-34)

       Overlooking the caption's non-compliance with LRCiv 7.1(a)(3) and the failure to provide a proposed order per LRCiv 7.3(a), the parties stipulate and agree that the dismissal of this action against Defendant Melinda (Mindy) Geppi shall be without prejudice to any claims that the Hamilton Trust possesses or may possess against Melinda (Mindy) Geppi or as against the property owned or possessed by Melinda (Mindy) Geppi by virtue, or as a result, of her marriage to Steve Geppi or as to any property transferred to Melinda (Mindy) Geppi by Steve Geppi. In addition, the parties stipulate and agree that Melinda (Mindy) Geppi does not waive any defenses she may have by entering into this Stipulation. (Doc. 33 at 1-2)

       In the parties' Stipulated Motion to Enter Final Judgment, Plaintiff, Steve

Geppi, and Diamond International Galleries, L.L.C., a Maryland Limited Liability Company, "jointly and freely stipulate and agree to the entry of final judgment in the above-captioned matter [and] represent that all claims and defenses pertaining to the rights and interests of these Parties in the instant action [were] fully adjudicated and finally determined in this matter pursuant to this stipulation and entry of the [stipulated] final judgment." (Doc. 34 at 1-2)  Because Defendant Melinda (Mindy) Geppi did not consent to the Stipulated Motion to Enter Final Judgment, did not have counsel of record in this case, and will dismissed in this action, her name has been properly removed by the Court from the caption of the Stipulated Judgment.

All parties who have appeared in this action have expressly consented in writing to magistrate-judge jurisdiction pursuant to 28 U.S.C. § 636(c) and Rule 73, Fed.R.Civ.P., with the approval of United States District Judge Mary H. Murguia, the formerly assigned District Judge. (Doc. 20)

Pursuant to stipulation and good cause appearing,

**IT IS ORDERED** that Defendant Melinda (Mindy) Geppi is hereby dismissed from this action without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to enter the separate Stipulated Judgment and terminate this action.

Dated this 31st day of January, 2011.

_____
Lawrence O. Anderson
United States Magistrate Judge