IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Ann Hamilton Revocable Trust, | No. CV-10-8051-PHX-LOA |
| Plaintiff, | **STIPULATED JUDGMENT** |
| vs. | |
| Steve Geppi, an adult male; Diamond International Galleries, L.L.C., a Maryland Limited Liability Company, | |
| Defendants. | |

Pursuant to Stipulated Motion to Enter Final Judgment and good cause appearing,

**IT IS ORDERED** that Plaintiff, The Helen Ann Hamilton Revocable Trust, u/a/d February 2, 2007 (the "Hamilton Trust"), shall have Judgment, jointly and severally, against Defendants Steve Geppi and Diamond International Galleries, L.L.C., a Maryland Limited Liability Company, in the amount of Three Million Dollars ($3,000,000), inclusive of prejudgment interest at the annual rate of 5% together with post-judgment interest to accrue at the legal rate dictated by 28 U.S.C. § 1961 from the date of the entry of this Judgment, subject to set-off equal to the amount of recoveries realized by the Hamilton Trust from the sale of items that were sold under that Purchase and Sale Agreement for the Bruce

/ / /

/ / /

/ / /

1  Hamilton Collection executed on February 9, 2006 and on February 15, 2006 and which
2  items are or have been held in inventory by the Hamilton Trust.
3        Dated this 31st day of January, 2011.

                                              */s/ Lawrence O. Anderson*
                                              Lawrence O. Anderson
                                              United States Magistrate Judge